# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL CABRAL,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | Case No.  1:21-cv-00128-BAK<br><br>ORDER RE STIPULATION EXTENDING BRIEFING SCHEDULE<br><br>(ECF No. 15) |

On February 11, 2022, a stipulation was filed requesting to extend the time for Plaintiff to file an opening brief by a period of sixty (60) days.  (ECF No. 15.)  Counsel submits this first requested extension in this case is due to the extraordinary concurrent workload.

Accordingly, pursuant to the stipulation of the parties and finding good cause, IT IS HEREBY ORDERED that Plaintiff's opening brief shall be filed on or before **April 29, 2022**.

IT IS SO ORDERED.

Dated:　**February 11, 2022**　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE